In the Matter of DEBRA LAHRS, Respondent, v JOHN W. LAHRS, Appellant.—

Present—Callahan, J. P., Boomer, Green, Pine and Lawton, JJ.